# UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| Filiberto J. Islas,<br><br>      Plaintiff,<br>vs.<br><br>M&O Agencies, Inc., an Arizona corporation d/b/a The Mahoney Group; Leon Byrd and Patricia Roberts, husband and wife; XYZ Corporations 1-3; John and Jane Does 1-20,<br><br>      Defendants. | JUDGMENT IN A CIVIL CASE<br>Case No. CV-12-753-TUC-JGZ |

**IT IS ORDERED AND ADJUDGED**, pursuant to the parties' Joint Stipulation of Dismissal with Prejudice, that this case is dismissed with prejudice. Each party will bear its own costs and attorneys' fees.

| | |
|---|---|
| May 30, 2013 | BRIAN D. KARTH |
| Date | CLERK |
| | |
| | s/M. Rodriguez |
| | (By) Deputy Clerk |